**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **CHRISTOPHER NILSSON,** )<br>)<br>**PLAINTIFF,** )<br>)<br>v. )<br>)<br>)<br>**JEFFERSON COUNTY PUBLIC** )<br>**SCHOOLS, et al.** )<br>)<br>**DEFENDANTS.** | **CIVIL ACTION**<br>**NO.** 3:22-CV-252-RGJ |

**DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Jefferson County Board of Education[1], Wayne Stone, Raghu Seshadri, Annette Harris, and Brent Atwood (collectively "Defendants"), by counsel, hereby file this Notice of Removal to the United States District Court for the Western District of Kentucky, at Louisville, and state as follows:

1. On April 15, 2022, Plaintiff Christopher Nilsson filed a Complaint in Jefferson Circuit Court, Division Six, Jefferson County, Kentucky, styled *Christopher Nilsson v. Jefferson County Public Schools, et al.*, Civil Action No. 22-CI-001846 asserting claims of interference with and retaliation based on the Family & Medical Leave Act (FMLA). (Compl. p. 14-15, 17). Copies of all process, pleadings, and orders that have been filed in the Jefferson Circuit Court are attached hereto as **Exhibit A**.

2. This Court has original federal question jurisdiction over this action under 28 U.S.C. § 1331 and may be removed from state court under 28 U.S.C. § 1441(a), inasmuch as the

---

[1] The Verified Complaint incorrectly identifies the Jefferson County Board of Education as Jefferson County Public Schools. The Verified Complaint also incorrectly identifies Raghu Seshadri as Raghu Shezhadari.

Complaint alleges violations of federal law specifically causes of action under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.* (Compl., ¶¶ 104-110, 125-129).

3. In addition to the FMLA claim that undoubtedly raises a federal question, Plaintiff further alleges state law age discrimination, disability discrimination, retaliation, promissory estoppel, hostile work environment, and wage and hour claims under the Kentucky Civil Rights Act ("KCRA") and Kentucky Revised Statutes (KRS). (Compl. ¶¶ 76-103, 111-24, 130-34). This Court possesses supplemental jurisdiction over the remaining state law claims under 28 U.S.C. § 1367. Plaintiff's state law claims are so related to the claim over which the Court holds federal question jurisdiction that it forms part of the same case or controversy under Article III of the United States Constitution.

4. The Civil Summons and Complaint was received by Defendants on or about April 21, 2020. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days of receipt of the initial pleading through service, and therefore, this civil action is timely removed. Plaintiff is estopped from seeking remand of this matter on this basis.

5. Accordingly, this civil action is properly subject to removal and hereby is removed to the United States District Court for the Western District of Kentucky, at Louisville, pursuant to 28 U.S.C. §§ 1441 and 1446.

6. Defendants will provide Plaintiff with a copy of this Notice of Removal and file a Notice of Filing Notice of Removal with the Clerk for the Jefferson Circuit Court.

7. This Notice of Removal is signed by counsel for and on behalf of Defendants pursuant to Rule 11 of the Federal Rules of Civil Procedure.

8. Defendants reserve the right to object and assert affirmative defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, and insufficiency of service of process.

**WHEREFORE**, Defendants hereby give notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, at Louisville, pursuant to 28 U.S.C. § 1441(a).

> Respectfully submitted,
>
> /s/ Marianna J. Michael
> C. Tyson Gorman
> tgorman@wyattfirm.com
> Marianna J. Michael
> mjmichael@wyattfirm.com
> WYATT, TARRANT & COMBS, LLP
> 400 West Market Street, Suite 2000
> Louisville, KY  40202-2898
> 502.589.5235
>
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, May 09, 2022, I electronically filed the foregoing document by using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that I mailed a copy of the foregoing, via U.S. Mail, to the following:

Samuel G. Hayward, Jr.
ADAMS HAYWARD & WELSH
4036 Preston Highway
Louisville, Kentucky 40213

*Counsel for Plaintiff*

> /s/ Marianna J. Michael
> Marianna J. Michael

100766514.1