UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Filed Electronically*

| | |
|---|---|
| CHRISTOMER D. NILSSON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:22-CV-252-RGJ |
| ) | |
| JEFFERSON COUNTY PUBLIC ) | |
| SCHOOLS, *et al.*, ) | |
| ) | |
| DEFENDANTS ) | |

## AGREED ORDER OF DISMISSAL

Plaintiff Christopher D. Nilsson and Defendants Jefferson County Board of Education (a/k/a Jefferson County Public Schools), Wayne Stone, Raghu Seshadri (incorrectly identified in the Complaint as Raghu Shezhadri), Annette Harris, and Brent Atwood (collectively "Defendants"), having advised the Court that this matter has been fully and finally resolved via settlement, and the Court being duly advised, IT IS HEREBY ORDERED, that all of Plaintiff's claims against Defendants herein be and are hereby DISMISSED WITH PREJUDICE. Plaintiff's Complaint herein is likewise dismissed, with prejudice, in its entirety. Each party shall pay its own fees and costs. This is a final Order.

October 20, 2023

Rebecca Grady Jennings, District Judge
United States District Court

Respectfully submitted,

*/s/ Samuel G. Hayward, Jr.*
*(by T-G w/ Permission)*
Samuel G. Hayward, Jr.
sghayw@gmail.com
401 West Main Street
Suite 1400
Louisville, KY 40202

*Counsel for Plaintiff Christopher D. Nilsson*

*/s/ C. Tyson Gorman*
C. Tyson Gorman
tgorman@wyattfirm.com
Marianna J. Michael
mjmichael@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202-2898

*Counsel for Defendants*

101272957.1